IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DITTRICK DAVID WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:22-CV-275-RAH |
| | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

On September 20, 2022, the Magistrate Judge entered a Report and Recommendation that Plaintiff Joshua Williams's Motion to Amend should be denied and the State's Motion to Dismiss should be granted. (Doc. 15.) The Magistrate Judge ordered that, on or by October 4, 2022, the parties may file objections to the Recommendation.[1] (*Id*.) There being no timely objections filed to the Recommendation, and after an independent review of the file, it is ORDERED as follows:

---

[1] On September 21, 2022, Plaintiff submitted a document setting forth information related to his notice of name change, as well as several attestations and resignations. (Doc. 16.) The document does not include specific objections to the Magistrate Judge's Report and Recommendation. Even if the Court were to construe the document as including objections, the information is not responsive to the Magistrate Judge's recommendation and therefore any objections would be overruled.

(1) The Recommendation (Doc. 15) is ADOPTED;

(2) The State's Motion to Dismiss (Doc. 8) is GRANTED;

(3) Plaintiff's Motion to Amend (Doc. 13) is DENIED;

(4) This case is DISMISSED.

Final Judgment will be entered separately.

DONE, on this the 7th day of October, 2022.

                                          /s/ R. Austin Huffaker, Jr.
                                       R. AUSTIN HUFFAKER, JR.
                                       UNITED STATES DISTRICT JUDGE